■ In the Matter of RAYMOND DAVIS, Appellant, v THOMAS COUGHLIN, III, as Commissioner of the New York State Department of Correctional Services, et al., Respondents. — Appeal from a judgment of the Supreme Court at Special Term (Graves, J.), entered April 10, 1980 in Clinton County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, seeking to annul a determination of the Clinton Correctional Facility Adjustment Committee. Judgment affirmed, without costs (see *Matter of Boyd v Coughlin,* 83 AD2d 977 and cases cited therein; see, also, *Matter of Fournier v Hongisto,* 75 AD2d 660). Mahoney, P.J., Main, Mikoll, Yesawich, Jr., and Herlihy, JJ., concur.

■ LILLIAN M. DUCHANE, Appellant, v COUNTY OF ALBANY et al., Respondents. — Appeal from an order of the Supreme Court at Special Term (Hughes, J.) entered November 25, 1980 in Albany County, which granted defendants' motion to dismiss the complaint on the ground the action was time barred by reason of subdivision 7 of section 1136 of the Real Property Tax Law. Order affirmed, with one bill of costs to respondents, on the opinion of Mr. Justice Harold J. Hughes at Special Term. Kane, J.P., Casey, Mikoll, Yesawich, Jr., and Herlihy, JJ., concur.